BEFORE THE THIRD DIVISION, MARCH 20, 1963

**No. 67523.**—Swissedent International and Hoyt, Shepston & Sciaroni *v.* United States, protests 60/10189, etc. (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of candulor shade guides similar in all material respects to those the subject of *Swissedent International* and *Hoyt, Shepston & Sciaroni* v. *United States* (47 Cust. Ct. 174, C.D. 2298), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 21, 1963

**No. 67524.**—Rex-Spanall, Inc. *v.* United States, protests 62/4625, 61/18956, and 62/8883 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.